| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**BENJAMIN HESTON (297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Tel: 949.312.1377**<br>**Fax: 949.288.2054**<br>**ben@nexusbk.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Ursula Kay Ellis | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **11/25/2024**    **Ursula Kay Ellis**    /s/ Ursula K Ellis
                        Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1002-1.EMP.INCOME.DEC**



City of West Hollywood
8300 Santa Monica Boulevard
West Hollywood, CA 90069

| | | | |
|---|---|---|---|
| Check No. | 126304 | Type | Direct Deposit |
| Issue Date | 10/09/2024 | Pay Period | 09/23/24 - 10/06/24 |
| Emp. Name | ELLIS, URSULA KAY | Gross Pay | 1,011.02 |
| Address | 1008 HAVENHURST DR WEST HOLLYWOOD, CA 90046 | Net Pay | 875.36 |
| | | YTD Gross | 7,579.17 |
| Emp. No. | 2643 | YTD Net | 6,612.42 |
| Dept. | 51 | | |
| SSN | ***-**-6752 | | |

----- Direct Deposit Details -----

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | ***********1982 | 875.36 |

----- Earnings -----

| Description | Hours | Rate | Amount | Year To Date |
|---|---|---|---|---|
| Temp Regular - Non Pers | 43.00 | 20.16 | 866.88 | 7,435.03 |
| Temp - Vacation Pay - Non Pers | 7.15 | 20.16 | 144.14 | 144.14 |
| Total | 50.15 | | 1,011.02 | 7,579.17 |

----- Deductions -----

| Description | Amount | Year To Date |
|---|---|---|
| Federal Tax Withholding | 45.02 | 297.70 |
| State Tax Withholding | 13.30 | 89.25 |
| Medicare Tax Withholding | 14.66 | 109.90 |
| FICA Taxes | 62.68 | 469.90 |
| Total | 135.66 | 966.75 |

----- Benefits -----

| Description | Amount | Year To Date |
|---|---|---|
| Medicare Tax Withholding | 14.66 | 109.90 |
| FICA Taxes | 62.68 | 469.90 |
| Workers' Compensation | 26.59 | 199.34 |
| Total | 103.93 | 779.14 |

----- Leave -----

| Description | Previous Balance | Accrued | Taken | Current Balance |
|---|---|---|---|---|
| Temporary - Sick Leave | 16.43 | 2.15 | 0.00 | 18.58 |
| Temporary - Vacation Leave | 16.43 | 2.15 | 7.15 | 11.43 |
| Total | | 4.30 | 7.15 | |



**City of West Hollywood**

**8300 Santa Monica Boulevard**
**West Hollywood, CA 90069**

| | | | |
|---|---|---|---|
| Check No. | 126659 | Type | Direct Deposit |
| Issue Date | 10/23/2024 | Pay Period | 10/07/24 - 10/20/24 |
| Emp. Name | ELLIS, URSULA KAY | Gross Pay | 1,144.08 |
| Address | 1008 HAVENHURST DR WEST HOLLYWOOD, CA 90046 | Net Pay | 979.35 |
| | | YTD Gross | 8,723.25 |
| Emp. No. | 2643 | YTD Net | 7,591.77 |
| Dept. | 51 | | |
| SSN | ***-**-6752 | | |

----- **Direct Deposit Details** -----

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | ***********1982 | 979.35 |

----- **Earnings** -----

| Description | Hours | Rate | Amount | Year To Date |
|---|---|---|---|---|
| Temp Regular - Non Pers | 56.75 | 20.16 | 1,144.08 | 8,579.11 |
| Temp - Vacation Pay - Non Pers | 0.00 | 0.00 | 0.00 | 144.14 |
| Total | 56.75 | | 1,144.08 | 8,723.25 |

----- **Deductions** -----

| Description | Amount | Year To Date |
|---|---|---|
| Federal Tax Withholding | 60.98 | 358.68 |
| State Tax Withholding | 16.23 | 105.48 |
| Medicare Tax Withholding | 16.59 | 126.49 |
| FICA Taxes | 70.93 | 540.83 |
| Total | 164.73 | 1,131.48 |

----- **Benefits** -----

| Description | Amount | Year To Date |
|---|---|---|
| Medicare Tax Withholding | 16.59 | 126.49 |
| FICA Taxes | 70.93 | 540.83 |
| Workers' Compensation | 30.09 | 229.43 |
| Total | 117.61 | 896.75 |

----- **Leave** -----

| Description | Previous Balance | Accrued | Taken | Current Balance |
|---|---|---|---|---|
| Temporary - Sick Leave | 18.58 | 2.84 | 0.00 | 21.42 |
| Temporary - Vacation Leave | 11.43 | 2.84 | 0.00 | 14.27 |
| Total | | 5.68 | 0.00 | |



City of West Hollywood
8300 Santa Monica Boulevard
West Hollywood, CA 90069

| | | | |
|---|---|---|---|
| Check No. | 127029 | Type | Direct Deposit |
| Issue Date | 11/06/2024 | Pay Period | 10/21/24 - 11/03/24 |
| Emp. Name | ELLIS, URSULA KAY | Gross Pay | 695.52 |
| Address | 1008 HAVENHURST DR WEST HOLLYWOOD, CA 90046 | Net Pay | 622.55 |
| | | YTD Gross | 9,418.77 |
| Emp. No. | 2643 | YTD Net | 8,214.32 |
| Dept. | 51 | | |
| SSN | ***-**-6752 | | |

----- Direct Deposit Details -----

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | ***********1982 | 622.55 |

----- Earnings -----

| Description | Hours | Rate | Amount | Year To Date |
|---|---|---|---|---|
| Temp Regular - Non Pers | 20.50 | 20.16 | 413.28 | 8,992.39 |
| Temp - Sick Pay - Non Pers | 7.00 | 20.16 | 141.12 | 141.12 |
| Temp - Vacation Pay - Non Pers | 7.00 | 20.16 | 141.12 | 285.26 |
| Total | 34.50 | | 695.52 | 9,418.77 |

----- Deductions -----

| Description | Amount | Year To Date |
|---|---|---|
| Federal Tax Withholding | 13.40 | 372.08 |
| State Tax Withholding | 6.36 | 111.84 |
| Medicare Tax Withholding | 10.09 | 136.58 |
| FICA Taxes | 43.12 | 583.95 |
| Total | 72.97 | 1,204.45 |

----- Benefits -----

| Description | Amount | Year To Date |
|---|---|---|
| Medicare Tax Withholding | 10.09 | 136.58 |
| FICA Taxes | 43.12 | 583.95 |
| Workers' Compensation | 18.29 | 247.72 |
| Total | 71.50 | 968.25 |

----- Leave -----

| Description | Previous Balance | Accrued | Taken | Current Balance |
|---|---|---|---|---|
| Temporary - Sick Leave | 21.42 | 1.03 | 7.00 | 15.45 |
| Temporary - Vacation Leave | 14.27 | 1.03 | 7.00 | 8.30 |
| Total | | 2.06 | 14.00 | |



**City of West Hollywood**

8300 Santa Monica Boulevard
West Hollywood, CA 90069

| | | | |
|---|---|---|---|
| Check No. | 127403 | Type | Direct Deposit |
| Issue Date | 11/20/2024 | Pay Period | 11/04/24 - 11/17/24 |
| Emp. Name | ELLIS, URSULA KAY | Gross Pay | 1,002.96 |
| Address | 1008 HAVENHURST DR WEST HOLLYWOOD, CA 90046 | Net Pay | 868.98 |
| | | YTD Gross | 10,421.73 |
| Emp. No. | 2643 | YTD Net | 9,083.30 |
| Dept. | 51 | | |
| SSN | ***-**-6752 | | |

----- Direct Deposit Details -----

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | ***********1982 | 868.98 |

----- Earnings -----

| Description | Hours | Rate | Amount | Year To Date |
|---|---|---|---|---|
| Temp Regular - Non Pers | 36.25 | 20.16 | 730.80 | 9,723.19 |
| Temp - Sick Pay - Non Pers | 13.50 | 20.16 | 272.16 | 413.28 |
| Temp - Vacation Pay - Non Pers | 0.00 | 0.00 | 0.00 | 285.26 |
| Total | 49.75 | | 1,002.96 | 10,421.73 |

----- Deductions -----

| Description | Amount | Year To Date |
|---|---|---|
| Federal Tax Withholding | 44.14 | 416.22 |
| State Tax Withholding | 13.12 | 124.96 |
| Medicare Tax Withholding | 14.54 | 151.12 |
| FICA Taxes | 62.18 | 646.13 |
| Total | 133.98 | 1,338.43 |

----- Benefits -----

| Description | Amount | Year To Date |
|---|---|---|
| Medicare Tax Withholding | 14.54 | 151.12 |
| FICA Taxes | 62.18 | 646.13 |
| Workers' Compensation | 26.38 | 274.10 |
| Total | 103.10 | 1,071.35 |

----- Leave -----

| Description | Previous Balance | Accrued | Taken | Current Balance |
|---|---|---|---|---|
| Temporary - Sick Leave | 15.45 | 1.81 | 13.50 | 3.76 |
| Temporary - Vacation Leave | 8.30 | 1.81 | 0.00 | 10.11 |
| Total | | 3.62 | 13.50 | |