Certificate Number: 14912-CAC-DE-039131666

Bankruptcy Case Number: 24-19820



14912-CAC-DE-039131666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2024, at 2:12 o'clock AM EST, Ursula Ellis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: December 6, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor